## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>DETRICK JAMES,<br>Plaintiff,<br>v.<br>CITY OF CHICAGO, et al.<br>Defendants. | Case Number:<br>FILED: JUNE 6, 2008<br>08CV3273<br>JUDGE ZAGEL<br>MAGISTRATE JUDGE MASON |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
DETRICK JAMES                                    EDA

| | |
|---|---|
| **NAME** (Type or print)<br>Jeffrey B. Granich | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ Jeffrey B. Granich | |
| **FIRM**<br>Law Office of Jeffrey B. Granich | |
| **STREET ADDRESS**<br>53 West Jackson Blvd., Suite 840 | |
| **CITY/STATE/ZIP**<br>Chicago, IL 60604 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS)<br>6207030 | **TELEPHONE NUMBER**<br>312-939-9009 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |