## United States District Court for the Northern District of Illinois

Case Number: 08CV3273                     Assigned/Issued By: DAJ

Judge Name:                               Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____                  Receipt #: _____

Date Payment Rec'd: _____           Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                                ☐ Alias Summons

☐ Third Party Summons                    ☐ Lis Pendens

☐ Non Wage Garnishment Summons           ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons     _____
                                         _____
                                         (Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
    (Type of Writ)

__3__ Original and __0__ copies on __06/16/08__ as to __DEF'S._____
                                   (Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm    03/14/05