IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **DETRICK JAMES,** | ) | |
| | ) | No. 08 C 3273 |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Judge Zagel |
| | ) | |
| **CITY OF CHICAGO, ILLINOIS, and** | ) | |
| **CHICAGO POLICE OFFICER H.G.** | ) | **Magistrate Judge Mason** |
| **SALGADO, Star No. 11278, and** | ) | |
| **CHICAGO POLICE OFFICER R.T.** | ) | **Jury Trial Demanded** |
| **GOINS, Star No. 5424,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### DEFENDANT, CITY OF CHICAGO'S, AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT

Defendant, City of Chicago ("City"), by its attorney Mara S. Georges, Corporation Counsel for the City, and with the agreement of Plaintiff's counsel, moves this Court for an extension of time until August 25, 2008, to answer or otherwise plead to Plaintiff's Complaint, and in support of this motion states:

1. Defendant City's Answer or other responsive pleading was due July 8, 2008.

2. On July 9, 2008, the undersigned was assigned to this case and filed her appearance on behalf of the City.

3. Defendant officers Salgado and Goins have not yet both been personally served with Plaintiff's Complaint.

4. Defendant City's counsel requests additional time to conduct its investigation and to review materials pertinent to the allegations in this case and to confer with the individual defendants, once served, to determine whether a joint defense is possible. If so, it is likely that all defendants

will file one joint responsive pleading.

5. This motion is Defendant City's first request for an extension of time to answer or otherwise plead. Upon information and belief, such a request will not prejudice any party nor unduly delay the resolution of the disputed issues.

6. On July 9, 2008, Defendant City sought Plaintiff's agreement to this extension of time, which Plaintiff's counsel has granted.

**WHEREFORE,** Defendants, respectfully ask this Court for an extension of time until August 25, 2008, to file their Answer or to otherwise plead to Plaintiff's Complaint.

          Respectfully submitted,

          MARA S. GEORGES
          CORPORATION COUNSEL

BY:   */s/ Meghan K. Kennedy*
        Assistant Corporation Counsel

30 North LaSalle Street - Suite 1020
Chicago, Illinois 60602
312.744.9653
Atty. No. 6283230

-2-