IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **DETRICK JAMES,** | ) | |
| | ) | No. 08 C 3273 |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Judge Zagel |
| | ) | |
| **CITY OF CHICAGO, ILLINOIS, and** | ) | |
| **CHICAGO POLICE OFFICER H.G.** | ) | Magistrate Judge Mason |
| **SALGADO, Star No. 11278, and** | ) | |
| **CHICAGO POLICE OFFICER R.T.** | ) | Jury Trial Demanded |
| **GOINS, Star No. 5424,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### NOTICE OF MOTION AND CERTIFICATE OF SERVICE

To:  Jeffrey B. Granich
Law Offices of Jeffrey B. Granich
53 West Jackson Boulevard, Suite 840
Chicago, Illinois  60604

**PLEASE TAKE NOTICE** that on July 9, 2008, Defendant, City of Chicago, filed its **AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Zagel, or before such other judge sitting in his place, on the 15th day of July, 2008, at 10:15 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

I hereby certify that I have served this notice and the attached document by electronic means to the person(s) named above at the address(es) shown this 9th day of July, 2008.


30 North LaSalle Street                    */s/ Meghan K. Kennedy*
Suite 1020                                           Assistant Corporation Counsel
Chicago, Illinois 60602
312.744.9653
Atty. No. 6283230